UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LEE THOMAS, ) | |
| ) | CASE NO. C13-0074-JCC-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING EXTENSION OF |
| CAROLYN W. COLVIN, ) | TIME OF BRIEFING SCHEDULE |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed an unopposed motion for extension of the briefing schedule. The Court GRANTS plaintiff's motion, with one modification. The due date for plaintiff's optional reply brief is set for 2 weeks after the due date for defendant's responsive brief. The new schedule is as follows:

Plaintiff's Opening Brief:         April 24, 2013

Defendant's Responsive Brief:      May 22, 2013

Plaintiff's optional Reply Brief:  June 5, 2011

If an extension of the reply brief deadline becomes necessary, plaintiff may file a request at a later date.

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01        DATED this 17th day of April, 2011.

02

03                                               _____

04                                               Mary Alice Theiler
                                                 United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2