UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LEE THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C13-0074-JCC-MAT<br><br>ORDER GRANTING EXTENSION OF<br>TIME OF BRIEFING SCHEDULE |

Plaintiff filed a second unopposed motion for extension of the briefing schedule. The first motion was filed on April 17, 2013. The Court GRANTS plaintiff's motion, but sets a different due date for the optional Reply Brief. The revised briefing schedule as follows:

    Plaintiff's Opening Brief:    May 8, 2013

    Defendant's Responsive Brief:    June 5, 2013

    Plaintiff's optional Reply Brief:    June 19, 2011

No further extensions of the Opening Brief will be granted.

/ / /

/ / /

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01   DATED this 25th day of April, 2011.

02

03

04                                    Mary Alice Theiler
                                      United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2